Marie T. Schumacher, Appellant, v. Mathew Santel, Dr. Benjamin L. Sargent, and Hannah Liesemeyer, Appellees.

Gen. No. 45,810.

Howard C. Goldman, for appellant; Kirkland, Fleming, Green, Martin & Ellis, for certain appellee; Charles M. Rush, and John M. O'Connor, Jr., of counsel; Charles C. Wooster, for certain other appellee; Richard A. Mugalian, of counsel. Opinion by PRESIDING JUSTICE ROBSON. Not to be published in full. Opinion filed January 27, 1953; rehearing denied February 26, 1953; released for publication February 26, 1953.

